DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MICHAEL STALVEY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2631

————————————————

March 4, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Lawrence Mark Lefler and Michelle Sisco, Judges.

Michael Stalvey, Jr., pro se.

PER CURIAM.

    Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.